JS-6

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

|  |  |
|---|---|
| EVELYN MEJIA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  CV 10-01880 SVW (AGRx) |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*  EVELYN MEJIA  recover from the defendant *(name)*  UNITED STATES OF AMERICA  the amount of ONE HUNDRED NINETY THOUSAND THREE HUNDRED FORTY SIX & 00/100  dollars ($ 190,346.00 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of  10.00  % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  STEPHEN WILSON  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: ___FEB - 9 2012___

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

1111

Generated by CamScanner from intsig.com